IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RICHARD KNOWLES**                                                                                    **PLAINTIFF**

**VS.**                                           Case No. 04-CV-1111

**PIEDMONT TELEVISION OF**
**MONROE/EL DORADO**                                                 **DEFENDANT**

## ORDER

This lawsuit involves Plaintiff Richard Knowles' allegations of discrimination by Defendant Piedmont Television of Monroe/El Dorado ("Piedmont Television") in violation of the Age Discrimination in Employment Act (29 U.S.C. § 621 et seq.). Before the Court is Piedmont Television's Motion for Summary Judgment. (Doc. 6). Knowles has responded. (Doc. 11). After Knowles filed his response to the motion for summary judgment, Piedmont Television filed the affidavit of Lydia Gulliory, in support of its motion for summary judgment. (Doc. 14). Because Piedmont Television filed this affidavit after Knowles filed his response to the motion for summary judgment and in order to avoid any potential prejudice to Knowles, the Court finds it proper to allow Knowles up to and including **Wednesday, January 11, 2006**, to file any opposing affidavits or other evidence (if any) in opposition to the affidavit of Lydia Gulliory.

**IT IS SO ORDERED** this 4th day of January, 2006.

                                                              /s/ Harry F. Barnes
                                                                Hon. Harry F. Barnes
                                                                U.S. District Judge